Iziah ASHLEY, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 320, 2016

Supreme Court of Delaware.

Submitted: December 7, 2016

Decided: January 3, 2017

Court Below: Superior Court of the State of Delaware, ID No. 1203020401

AFFIRMED.

Jalil A. BRADY, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 397, 2016

Supreme Court of Delaware.

Submitted: December 19, 2016

Decided: January 3, 2017

Court Below: Superior Court of the State of Delaware, Cr. ID 1508009384

AFFIRMED.

Michael WALKER, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 324, 2016

Supreme Court of Delaware.

Submitted: October 20, 2016

Decided: January 3, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 1511009579

AFFIRMED.

Ronald ROGERS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 385, 2016

Supreme Court of Delaware.

Submitted: September 29, 2016

Decided: January 4, 2017

Court Below—Superior Court of the State of Delaware. Cr. ID No. 1402002902

AFFIRMED.